UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SERVICE WOMEN'S ACTION NETWORK, AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION OF CONNECTICUT, | : : : : : | |
| Plaintiffs, | : : | NO. 3:11 CV1534 (MRK) |
| v. | : : : | |
| DEPARTMENT OF DEFENSE and DEPARTMENT OF VETERANS AFFAIRS, ` | : : : : | |
| Defendants. | : | |

## JUDGMENT

This matter came on for consideration on defendants' Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge. After conducting oral argument on February 27, 2012 and reviewing all of the papers filed in conjunction with the motion, a Memorandum of Decision entered on May 14, 2012, granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants, Department of Defense and Department of Veterans Affairs, and the case is closed.

Dated at New Haven, Connecticut, this 15th day of May 2012.

ROBIN D. TABORA, CLERK
By

  /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi,
Deputy Clerk

EOD:     5/15/2012